IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| DANIEL PAUL SIEFKEN, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | CIVIL ACTION NO. 5:11-CV-144 (MTT) |
|  | ) |  |
| Warden VICTOR WALKER, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 5). The Magistrate Judge, having reviewed the Plaintiff's complaint pursuant to the Prison Litigation Reform Act, 28 U.S.C. § 1915A(a) & (b), recommends dismissing Defendant Curry from the action and allowing the Plaintiff's claims against the remaining Defendants to proceed. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. Defendant Curry is **dismissed**, and the Plaintiff's claims against the remaining Defendants shall go forward.

**SO ORDERED,** this 24th day of May, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT