IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DANIEL PAUL SIEFKEN,** :<br>  :<br> Plaintiff, :<br>  :<br> VS. :<br>  :<br> **VICTOR WALKER,** *et al.,* :<br>  :<br> Defendants. :<br>  : | NO.  5:11-CV-144 (MTT)<br><br>Proceedings Under 42 U.S.C. §1983<br>Before the U.S. Magistrate Judge |

## ORDER

Before the Court is a Motion to Stay (Doc. 22) wherein Defendants Gregory McLaughlin, John Hill, Mary Colbert, Lorrita Johnson and Jamie Hall request that proceedings in this action be stayed pending resolution of their pending Motion to Dismiss (Doc. 16).  Given the nature of the Motion to Dismiss, it is in the interests of justice to stay discovery pending resolution of the motion, in order to avoid any potentially unnecessary costs and burdens associated with further litigation.  Accordingly, said Motion is hereby **GRANTED** as follows: Discovery is stayed until the pending Motion to Dismiss has been resolved or until further order of the Court, except that discovery may be had as to the issue of Plaintiff's exhaustion of administrative remedies.

**SO ORDERED**, this 19th day of August, 2011.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge